IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LUIS DAVID VELARDE GARCIA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-22-CV-38-DB |
| ROBERT JOSHEP BACA, and<br>SHAMROCK FOODS COMPANY<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On January 28, 2022 Defendant Robert Baca filed a Notice of Removal, removing the case from state to federal court. After due consideration, the Court is of the opinion that any motions pending before the state court should be denied unless refiled in this Court.

Accordingly, **IT IS HEREBY ORDERED** that any motions pending before the state court are **DENIED** unless refiled in this Court.

SIGNED this **2nd** day of **February 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE